UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALIZEE WICKENHEISER,

      Plaintiff,

v.                                                   Case No. 2:17-cv-84
                                                   HON.  GORDON J. QUIST

UP HEALTH SYSTEM
MARQUETTE, et al.,

      Defendants.
_____/

**REPORT AND RECOMMENDATION**

On November 20, 2017, the undersigned held a Rule 16 scheduling conference in which p*ro se* Plaintiff Alizee Wickenheiser and defense counsel Daniel Corbet appeared by telephone.  During the conference, Plaintiff explained her difficulties in litigating this case and requested that the Court dismiss the case without prejudice.  Defense counsel concurred with Plaintiff's request.  Accordingly, the undersigned recommends that the Court dismiss this case without prejudice.

NOTICE TO PARTIES:  Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).  Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated:  November 20, 2017                          /s/ Timothy P. Greeley
                                                                         TIMOTHY P. GREELEY
                                                                         UNITED STATES MAGISTRATE JUDGE