UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALIZEE WICKENHEISER,

    Plaintiff,          Case No. 2:17-CV-84

v.          Hon. Gordon J. Quist

UP HEALTH SYSTEM
MARQUETTE, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's November 20, 2017, Report and Recommendation recommending that the Court grant Plaintiff's request to voluntarily dismiss this case without prejudice. The Report and Recommendation was duly served on the parties on November 20, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 20, 2017 (ECF No. 38), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's request to voluntarily dismiss this case without prejudice is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

This case is **concluded**.


Dated: February 9, 2018          /s/ Gordon J. Quist
         GORDON J. QUIST
         UNITED STATES DISTRICT JUDGE